IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMUEL H. SLOAN,   No. 10-0204 SI

    Appellant,

  v.

ARDEN VAN UPP,

    Debtor-in-Possession.
_____

IN RE ARDEN VAN UPP,   No. 10-1934 CW

    Debtor.

_____/

JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES

Pursuant to Civil L.R. 3-12(c), this Court, sua sponte, refers the above-captioned cases to District Judge Susan Illston to consider whether these cases are related. Parties shall file any response in opposition to or support of relating the cases within five (5) days of receipt of this Order.

Dated May 27, 2010

CLAUDIA WILKEN
United States District Judge