```
IT IS SO ORDERED
/s/ Susan Illston
Judge Susan Illston
```

1  RICHARD C. SINCLAIR, SBN 068238
   Attorney at Law
2  P. O. Box 1628
   Oakdale, CA 95361
3  Telephone: (209) 847-8788
   Facsimile: (209)847-7077
4
   Attorney for ARDEN VAN UPP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ) | CASE NUMBER: 3:10-cv-01934-SI |
| ) | |
| ARDEN VAN UPP ) | SUBSTITUTION OF ATTORNEY |
| ) | |
| ) | |
| ) | |

Plaintiff ARDEN VAN UPP, hereby substitutes RICHARD C. SINCLAIR, ESQ., Post Office Box 1628, Oakdale, California 95361; Telephone Number (209) 847-8788, as attorney of record.

I consent to this substitution.

Dated: February 15, 2011          ____/s/ ARDEN VAN UPP_____

                                  ARDEN VAN UPP

I accept this substitution.

Dated: February 15, 2011          _____/s/ RICHARD C. SINCLAIR_____

                                  RICHARD C. SINCLAIR, ESQ.

**SUBSTITUTION OF ATTORNEY**                                    Page 1 of 2

1

2 IT IS SO ORDERED.

3

4

5 Dated: _____      _____

6                                                        U.S. DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 **SUBSTITUTION OF ATTORNEY**                                                      Page 2 of 2